Hellerstein, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA MCVETY,

        PLAINTIFF,

  V.

ANTHONY MACALUSO,

        DEFENDANT,

  AND

SINGLE TOUCH SYSTEMS, INC.,

        NOMINAL DEFENDANT.



USDC S...
DOCUMEN...
ELECTR...
DOC #:_____
DATE FILED: 7/25/14

13 Civ. 8877 (AKH)

ECF Case

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Amanda McVety, Defendant Anthony Macaluso, and Nominal Defendant Single Touch Systems, Inc. (collectively, the "Parties"), have submitted this Agreed Order of Dismissal without Prejudice signed by counsel for the Parties. Though the Parties continue to disagree regarding the legal merits of this lawsuit, the Parties agree that Mr. Macaluso would likely be unable to satisfy any monetary judgment because of his current financial situation. Accordingly, the Parties agree that no Party would benefit by the further litigation of this matter at this time.

~~The Court finds this Agreed Order to be well taken and that it should be entered.~~

IT IS THEREFORE ORDERED that all claims or causes of action that were asserted or that could have been asserted by the Parties in this action are hereby dismissed without prejudice to the refiling of same. All relief requested by the Parties to this Agreed Order and not granted is denied.

SIGNED this 25 of July, 2014.

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE

_____
Joshua L. Seifert
JOSHUA L. SEIFERT PLLC
40 Worth Street, 10th Floor
New York, NY 10013
*Attorney for Amanda McVety*

_____
Robert J. Jossen
Claude M. Tusk
Laura E. Meehan
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
*Attorneys for Defendant Anthony Macaluso*

_____
Sameer Rastogi
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, NY 10006
*Attorneys for Nominal Defendant
Single Touch Systems, Inc.*

So ordered.
/s/ Alvin K. Hellerstein
7-25-14

2